| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | PHILIP A. FERRARI |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

**FILED**

APR 14 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARLINA ALEXANDER-ZAPLUTUS,
aka ARLINA ALEXANDER,

    Defendant.

CASE NO.

SEALING ORDER

2:14-MJ-0086  KJN

**SEALED**

Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person until the defendant is arrested, or upon further order of this Court.

Dated: April 14, 2014

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge